

At the United States District Court of the
Southern District of New York located at
500 Pearl Street, New York, New York on
the ___ day of May, 2006.

MAY 1 5 2006

-----------------------------------------------------------------X
RLI INSURANCE COMPANY and ALEA NORTH
AMERICA COMPANY a/s/o 430 OWNERS CORP.,

                Plaintiffs,

    -against-

KING SHA GROUP, INC., CERTIFIED TESTING
LABORATORIES, INC., GOLDEN VALE
CONSTRUCTION CORP. and S.T.A. PARKING
CORP.,

                Defendants.
-----------------------------------------------------------------X

Case No. 05 CV 9961 (LAK)

**ORDER TO SHOW CAUSE
TO WITHDRAW AS COUNSEL**

Upon the annexed Affidavit of Thomas S. Finegan, sworn to on May 12, 2006, and the exhibits thereto,

LET Defendant Golden Vale Construction Corp. show cause at before Honorable Lewis A. Kaplan of this Court to be held at the Courthouse located at 500 Pearl Street, New York, New York, Courtroom 12-D, on May 25, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard, why an Order should not be entered, pursuant to Local Civil Rule 1.4, permitting Goetz Fitzpatrick LLP to withdraw as counsel for Defendant Golden Vale Construction Corp. and granting a reasonable adjournment of this matter so that Defendant Golden Vale Construction Corp. may secure new counsel should it so choose in the event leave to withdraw is granted; and

Exhibit A    Exhibit B

granting such other and further relief as this Court deems just and proper.

IT IS ORDERED that (i) service of a copy of this motion by Federal Express *(for delivery on or before 5/16/06)* and by First Class Mail *on or before 5/15/06* to Golden Vale's last known address at 58-67 56th Street, Maspeth, New York 11378 be deemed good and sufficient service; and (ii) and service of a copy of this motion on all counsel in this action by electronic filing and First Class mail, on or before May 15, 2006, shall be deemed sufficient; and that proof of service be filed with the Court on or before the return date. *Answering papers shall be served and filed at or before 4 pm on 5/23/06. The motion will be taken on submission.*

ENTER:

_____
J.S.C.

5/15/06

2